No. 5402.—PUEBLO, apldo., *v.* VEGA, aplte.—C. D. Arecibo. Marzo 20, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, Miguel Otero presentó contra Manuel Vega una denuncia que reza como sigue:

"Yo, Miguel Otero, vecino de Manatí, P. R. calle de Eugenio Sánchez López, número 12, de 67 años, formulo denuncia contra Manuel Vega por delito Injuria y Calumnia (*misdemeanor*), cometido de la manera siguiente: Que el día 10 de julio de 1933, a eso de las nueve de la mañana, en la calle McKinley de Manatí, P. R., que forma parte del Distrito Judicial de Arecibo, P. R., allí y entonces el acusado Manuel Vega, maliciosa, voluntaria y falsamente, con la intención deliberada de causarme deshonra, descrédito y menosprecio, imputándome conceptos injuriosos, en mi presencia manifestaba que él tenía una barra en su establecimiento, que esa barra se le había desaparecido, que el único que entraba en su establecimiento era yo, y que yo había sido quien me había llevado la barra. Que dichas palabras me imputan la comisión de un hecho constitutivo de delito, todo lo cual le constaba ser falso al señor Vega."

POR CUANTO, al leérsele la denuncia al acusado solicitó la absolución porque la misma no imputaba un delito público y menos el de Injuria y Calumnia según se define por la ley de marzo 9, 1911, y la corte declaró sin lugar la moción.

POR CUANTO, el acusado apela de una sentencia declarándole culpable del supuesto delito imputádole y alega como único error el haberse desestimado la excepción perentoria formulada por él contra la denuncia, y en su consecuencia al dictarse sentencia condenatoria en su contra a virtud de una denuncia que no le imputa el delito previsto y castigado en las secciones 1 y 2 de la Ley de 9 de marzo

de 1911, para definir y castigar el delito de calumnia e injuria (*slander*).

POR CUANTO, el fiscal de esta corte está conforme con la teoría del apelante de que los hechos relacionados en la denuncia no constituyen delito alguno, y parece ser así.

POR TANTO, se revoca la sentencia que dictó la Corte de Distrito de Arecibo en octubre 13 de 1933 y se ordena el sobreseimiento del caso.